**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v.  CASE NO.: 3:08cr79/MCR

**CLAUDIA CONSTANCE HIRMER
and
MARK STEVEN HIRMER**

                                        /

## FINAL ORDER OF FORFEITURE

This matter is before the court on the Motion of the United States of America for a Final Order Of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on April 29, 2010, this Court entered a Preliminary Order Of Forfeiture against $3,600,000.00 in United States Currency against Claudia Hirmer and against Mark Hirmer pursuant to the provisions of 18 U.S.C. § 982(a)(1), and real property located at 104 Kent Court, Niceville, Florida and at 511 Dory Avenue, Fort Walton Beach, Florida; and

WHEREAS, Rule 32.2(c)(1), Fed. R. Crim. P., provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;" and

WHEREAS, Notice of Forfeiture was posted on www.forfeiture.gov, an official government Internet site, for at least 30 consecutive days, beginning on June 12, 2010, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

WHEREAS, Country Home Solutions, LLC, record title owner of the real property located at 104 Kent Court, Niceville, Florida withdrew its petition asserting interest in said real property; and

WHEREAS, the Internal Revenue Service has decided to not pursue the forfeiture of the real property located at 511 Dory Avenue, Fort Walton Beach, Florida for lack of equity; and

WHEREAS, no other persons or entities have filed claims, it is hereby

**ORDERED** that the right, title and interest to the real property located at 104 Kent Court, Niceville, Florida, more specifically described as Lot 6, Block G, Rocky Bayou Estates Unit #3, Okaloosa County, Florida is hereby condemned, forfeited and vested in the United States of America and shall be disposed of in accordance with the law; and

It is further **ORDERED** that each defendant shall forfeit to the United States of America the sum of $3,600,000.00 in U.S. currency; and

It is further **ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

It is further **ORDERED** that the United States of America may, at any time, move pursuant to Rule 32.2(e), Fed. R. Crim. P., to amend this Order of Forfeiture to substitute property having a value not to exceed $3,600,000.00 against Claudia Constance Hirmer and $3,600,000.00 against Mark Steven Hirmer to satisfy the money judgments in whole or in part.

**SO ORDERED** this 19th day of December, 2010.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 3:08cr79/MCR