# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                CASE NO.  3:08cr79-MCR/CJK
                                             3:15cv282-MCR/CJK

**CLAUDIA CONSTANCE HIRMER,**

    **Defendant.**
_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 13, 2018. ECF No. 1941. Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant Claudia Hirmer's Motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence, ECF No. 1834, is DENIED.

3. A certificate of appealability is DENIED.

**DONE AND ORDERED** this 29th day of August 2018.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**